[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEBRUARY 26, 2010
JOHN LEY
CLERK

No. 09-13005
Non-Argument Calendar

_____

D. C. Docket No. 08-00173-CR-WS-B

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RODNEY RODRIGUEZ BROWN,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

(February 26, 2010)

Before HULL, PRYOR and FAY, Circuit Judges.

PER CURIAM:

Arthur T. Powell, III, appointed counsel for Rodney Rodriguez Brown in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Brown's conviction and sentence are **AFFIRMED**.